SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson<br><br>           Plaintiff;<br><br>    vs.<br><br>O'Reilly Automotive Stores, Inc., et al,<br><br>           Defendants | ) Case No. **2:12-cv-01147-WBS-KJN**<br>)<br>) **ORDER RE: STIPULATION FOR**<br>) **DISMISSAL**<br>)<br>) **Dismissal of Defendants**<br>) **O'Reilly Automotive Stores,**<br>) **Inc.**<br>)<br>) Case to Remain Open with<br>) Remaining Defendants<br>)<br>) |

IT IS HEREBY ORDERED THAT Defendant, O'Reilly Automotive Stores, Inc., is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A). This case is to remain open with remaining Defendants.

Date: October 22, 2012

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-12-01147-WBS-KJN- 1